Tammy Hussin (Bar No. 155290)
*Of Counsel*
Lemberg & Associates LLC
6404 Merlin Dr., Suite #100
Carlsbad, CA 92011
Telephone (855) 301-2100 ext. 5514
thussin@lemberglaw.com

Lemberg & Associates LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT  06905
Telephone:  (203) 653-2250
Facsimile:  (203) 653-3424

Attorneys for Plaintiff,
Amy Stoll

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Amy Stoll,<br><br>                Plaintiff,<br><br>        vs.<br><br>Mandarich Law Group, LLP; and DOES 1-10, inclusive,<br><br>                Defendants. | Case No.: 2:12-CV-01685-MCE-AC<br><br>**NOTICE OF SETTLEMENT** |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have

reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of

Complaint and voluntary dismissal of this action with prejudice pursuant to Fed. R.

Civ. P. 41(a) within 60 days.

The parties hereby further request that this honorable Court provide a period of

60 days within which to complete the settlement and file a dismissal of the action.


By:   */s/   Tammy Hussin*
Tammy Hussin  *Of Counsel*
Lemberg & Associates, LLC
Attorney for Plaintiff, Amy Stoll

2

1

**CERTIFICATE OF SERVICE**

2

3

I, the undersigned, certify and declare that I am over the age of 18 years, and

4

not a party to the above-entitled cause. On December 21, 2012, I served a true copy of

5

foregoing document(s): **NOTICE OF SETTLEMENT**.

6

7

**BY ELECTRONIC FILING:** I hereby    **Attorney for Defendants Mandarich**

8

certify that on December 21, 2012, a copy    **Law Group, LLP**
of the foregoing document was filed

9

electronically. Notice of this filing will be

10

sent by operation of the Court's electronic
filing system to all parties indicated on

11

the electronic filing receipt. All other
parties will be served by regular U.S.

12

Mail. Parties may access this filing

13

through the Court's electronic filing

14

system.

15

16

I am readily familiar with the firm's practice of collection and processing

17

18

correspondence for mailing. Under that practice it would be deposited with the U.S.

19

Postal Service on that same day with postage thereon fully prepaid in the ordinary

20

21

course of business. I am aware that on motion of the party served, service is presumed

22

invalid if postal cancellation date or postage meter date is more than one day after the

23

date of deposit for mailing in affidavit.

24

I hereby certify that I am employed in the office of a member of the Bar of this

25

26

Court at whose direction the service was made.

27

Executed on December 21, 2012.

28

3

1

2       By: */s/   Tammy Hussin*

        Tammy Hussin  *Of Counsel*

3       Lemberg & Associates, LLC

4       Attorney for Plaintiff, Amy Stoll

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4