UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Amy Stoll,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Mandarich Law Group, LLP; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:12-CV-01685-MCE-AC<br><br>**ORDER** |

　　Based on the Stipulation of counsel (ECF No. 13), the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

　　IT IS SO ORDERED.

Dated:   March 1, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE